IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                                                      Case No. 14-CR-512 KG

CARLOS FRANCO,

    Defendant.

## ORDER

On June 19, 2014, Defendant filed a Motion to Suppress Evidence and Statements wherein he seeks to suppress physical evidence and statements seized on June 5, 2013. (Doc. 37). The Court held an evidentiary hearing on the Motion to Suppress on May 24, 2014. Present at the hearing were Assistant United States Attorney, Luis Martinez, Defendant Carlos Franco, and Assistant Federal Public Defender, Andre Poissant, counsel for Defendant. Having considered Defendant's Motion to Suppress, the corresponding briefs, the evidence of record, and the argument of counsel at the July 23, 2014, hearing, and having made factual findings, including credibility determinations, as well as conclusions of law, the Court denies Defendant's Motion to Suppress.

IT IS, THEREFORE, ORDERED that Defendant's Motion to Suppress (Doc. 37) is DENIED.

_____
UNITED STATES DISTRICT JUDGE